# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0631. LESTER v. THE STATE.**

This appeal was docketed on November 27, 2023. Since that time, Appellant requested and was granted three extensions of time in which to file his enumeration of errors and appellate brief. The most recent extension required Appellant's brief to be filed by March 18, 2024. But as of March 20, 2024, Appellant has failed to file his brief. Accordingly, Appellant's appeal is hereby DISMISSED. *See* Court of Appeals Rules 7 (c) and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*